IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PATRICIA BRUCE, :
:
    Plaintiff(s), :
: Case Number: 1:08cv328
vs. :
: Chief Judge Susan J. Dlott
COMMISSIONER OF SOCIAL SECURITY, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on December 9, 2008 (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 31, 2008, hereby ADOPTS said Report and Recommendations.

Accordingly, the decision of the Commissioner is **AFFIRMED** and this case is **DISMISSED** from the docket of this Court.

    IT IS SO ORDERED.

                                                                                        s/Susan J. Dlott
                                                                                       Chief Judge Susan J. Dlott
                                                                                       United States District Court